# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

### UNDER SEAL

In the Matter of the Search of:                              Case No. 23M566

The Google accounts:
arambrunson@gmail.com ("**Subject Account** 1") and
gordonarnoldlonsdale@gmail.com ("**Subject Account** 2")

## SEARCH AND SEIZURE WARRANT

To: Special Agent Zach Geelan and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

### See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### See Attachment B

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before June 13, 2023, in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>May 30, 2023</u>   at 5:30 p.m.           _Sheila Finnegan_
                                                                  *Judge's signature*

City and State: <u>Chicago, Illinois</u>                          <u>Sheila M. Finnegan, U.S. Magistrate Judge</u>
                                                                  *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

I. **Search Procedure**

1. The search warrant will be presented to Google personnel, who will be directed to isolate those accounts and files described in Section II below.

2. In order to minimize any disruption of computer service to innocent third parties, company employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein. Any data stored in an encrypted format will first be decrypted prior to being copied.

3. Google employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant.

4. Following the protocol set out in the Addendum to this Attachment, law enforcement personnel will thereafter review information and records received from company employees to locate the information to be seized by law enforcement personnel specified in Section III below.

II. **Files and Accounts to be Copied by Google Employees**

To the extent that the information described below in Section III is within the possession, custody, or control of Google, which are stored at premises owned, maintained, controlled, or operated by Google, headquartered at 1600 Amphitheatre

Parkway, Mountain View, California, 94043, Google is required to disclose the following information to the government for the following accounts:

>arambrunson@gmail.com ("**Subject Account 1**")
>gordonarnoldlonsdale@gmail.com ("**Subject Account 2**")

a. All available account contents from inception of account to present, including all emails sent to and from the account, draft emails, and deleted emails, attachments thereto, contact lists, address books, and search history, stored and presently contained in, associated with, or maintained pursuant to law enforcement request to preserve.

b. Any records pertaining to the account's calendar(s) including: Google Calendar events; Google Tasks; reminders; appointments; invites; and goals; the sender and recipients of any event invitation, reminder, appointment or task; user settings; and all associated logs and change history, stored and presently contained in, associated with, or maintained pursuant to law enforcement request to preserve.

c. The contents of all text, audio, and video messages associated with the account, including Chat, Hangouts, Meet, and Messages in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size length, and timestamp of each communication; user settings; and all associated logs, including

2

access logs and change history, stored and presently contained in, associated with, or maintained pursuant to law enforcement request to preserve.

  d. All Google Drive contents of the account stored and presently contained in, associated with, or maintained pursuant to law enforcement request to preserve.

  e. All internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries and clicks, including transcribed or recorded voice queries and Google Assistant responses, browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history, currently associated with the account or maintained pursuant to law enforcement request to preserve.

  f. All Location History and Web & App Activity indicating the location at which the account was active, including the source of the data, date and time latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data, and associated logs and user settings, including Timeline access logs and change and deletion history, currently associated with the account or maintained pursuant to law enforcement request to preserve.

  g. All maps data associated with the account, including Google Maps and Google Trips, including: all saved, starred, and privately labeled locations; search

history; routes begun; routes completed; mode of transit used for directions; My Maps data; accounts and identifiers receiving or sending Location Sharing information to the account; changes and edits to public places; and all associated logs, including IP addresses, location data, and timestamps, and change history, currently associated with the account or maintained pursuant to law enforcement request to preserve.

  h. All transactional information of all activity of the electronic mail addresses and/or individual account described above, including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations, currently associated with the account or maintained pursuant to law enforcement request to preserve.

  i. All business records and subscriber information, in any form kept, pertaining to the email addresses and/or individual accounts described above, including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing and payment records, currently associated with the account or maintained pursuant to law enforcement request to preserve.

  j. All records indicating the services available to subscribers of the electronic mail addresses and/or individual account described above.

  k. All subscriber records for any Google account associated by browser authentication cookies, creation IP address, recovery email, telephone number, or other similar identifiers to the account(s) described above.

**III. Information to be Seized by Law Enforcement Personnel**

All information described above in Section II that constitutes evidence and instrumentalities, concerning violations of Title 18, United States Code, §§ 842(j) and (p), and 844(i) (the "**Subject Offenses**"), as follows:

  a. All items related to explosives and incendiary devices or materials;

  b. All items related to communications pertaining to an explosive and destructive device or materials;

  c. All items related to the purchase or sale of items pertaining to explosive or destructive device or materials;

  d. Any motive for the use of a destructive device or explosiv;

  e. All items related to plans or communications related to the use of destructive device or explosive material;

  f. All items related to the intent to distribute information related to an explosive, destructive device, and weapons of mass destruction;

  g. Items indicating how and when the **Subject Accounts** were accessed or used, including items related to the location of the account user at times relevant to the Subject Offenses;

  h. Items relating to the identities, use, or locations of the user(s) of the account or other participants of the scheme;

i. Items related to the identities and locations of people who communicated with the **Subject Accounts** about matters relating to the Subject Offenses; and

j. All of the non-content records and information described in Section II(h), (i), (j), and (k).