UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case Number: 23 M 566 |
| The Google accounts: arambrunson@gmail.com("**Subject Account** 1") and gordonarnoldlonsdale@gmail.com("**Subject Account** 2") | Ref: 23 GJ 76 <br><br> Magistrate Judge Sheila M. Finnegan <br><br> **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL THE SEARCH WARRANT, APPLICATION, AFFIDAVIT AND RESULTING ORDERS

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal the Search Warrant, Application, Affidavit and any resulting orders:

On the 3rd day of May, 2023, the government applied for a Search Warrant in this matter, and submitted an Application and Affidavit in support (collectively, the "Search Warrant Materials"). The Search Warrant Affidavit details the facts supporting probably cause to believe that the evidence, instrumentalities, and contraband concerning unlawful storage of explosives and malicious destruction of property by sue of fire or explosive offenses, in violation of Title 18, United States Code, Sectins 842(j) and 844(i), will be found within the Subject Phone. That same day, this Court granted the government's motion to seal the Search Warrant, Application, and Affidavit for 180 days, until November 26, 2023. The seal is currently set to expire on November 26, 2024.

The initial investigation began in the Northern District of Illinois but shifted to the District of Massachusetts when Aram Brunson, the target of the investigation, moved back to his family home in the Boston area. On or about August 27, 2024, Brunson was charged by complaint in the District of Massachusetts with violating Title 18, United States Code, Sections 1001(a)(1) and (a)(2).

WHEREFORE, because Brunson has been charged with a criminal violation, there is no longer a need to keep the Search Warrant, Application, Affidavit and any resulting orders under seal. The government, therefore, moves to have the documents unsealed.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Barry Jonas*
Barry Jonas
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-8027

DATE: September 5, 2024