UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The Google accounts: arambrunson@gmail.com("**Subject Account** 1") and gordonarnoldlonsdale@gmail.com("**Subject Account** 2") | Case Number: 23 M 566<br><br>Ref: 23 GJ 76<br><br>Magistrate Judge Sheila M. Finnegan<br><br>**UNDER SEAL** |

# ORDER

The UNITED STATES OF AMERICA by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, having moved this Court to Unseal the Search Warrant, Application, Affidavit and resulting Orders, due to the criminal charges brought against the subject of the investigation;

IT IS HEREBY ORDERED THAT the Search Warrant, Application, Affidavit and resulting Orders be unsealed.

ENTER:

*Sheila Finnegan*
SHEILA M. FINNEGAN
United States Magistrate Judge

DATE: 9/10/2024